★ FILED ★

2012 MAY 26  PM 9:01

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

1. UNITED STATES DISTRICT COURT
2. EASTERN DISTRICT OF NEW YORK
3. x————————————————x
4. JOHNNIE L. PETWAY
5.    -AGAINST-                             INDEX # - 12CV279(ARR)(LB)
6. THE CITY OF NEW YORK, P.O.
7. MICHEAL WILLIAMS #946396,           -ADDENDUM- Comp-
8. P.O. TAMIKO PATTERSON #947329,       LAINT-
9. P.O. DENNIS WESTBROOK #947605
10. SGT. ANTHONY CASTELLANA #934597,
11. P.O. "JOHN DOE" (FIRST AND LAST NAME UNKNOWN)
    x————————————————x
12.
13.           To THE HONORABLE JUDGE LOIS BLOOM
14.
15.    TO ANSWER DEFENDANT/ASSISTANT CORPORATION
16. COUNSEL MS LISA M. RICHARDSON'S QUESTION AS
17. TO WHETHER PLAINTIFF INTENDS TO SUE SGT. ANTHONY
18. CASTELLANA #934597, AND THE MALE WHITE OFFICER
19. "JOHN DOE" LISTED IN THE COMPLAINT, THE ANSWER IS
20. DEFINITELY A "YES".
21.
22. PLAINTIFF IS CERTAIN THAT DUE TO THE HISTORY OF
23. COMPLAINTS ABOUT THE LACK OF A RESPONSE OR
24. ACTION TAKEN BY THE 79th PCT TO COMPLAINTS LODGED
25. FROM PLAINTIFF'S RESIDENCE, AND UPON RESPONDING,
26. OFFICERS MADE IT CLEAR THAT THEY COULD CARE
27. LESS ABOUT THE SAFETY OF EITHER PLAINTIFF'S EX-WIFE,
28. OR PLAINTIFF, THAT SGT. CASTELLANA WAS

29 INDEX # 12CV279(ARR)(LB)

30

31 DISPATCHED TO PLAINTIFF'S RESIDENCE, TO ENSURE

32 THAT RESPONDING OFFICERS PERFORMED THEIR DUTIES

33 PROPERLY, AND ATTEMPT TO DIFFUSE THE SITUATION WITH

34 NEUTRALITY. THIS WAS NOT DONE PERHAPS BECAUSE

35 THE FAMILY/OWNERS OF 558 GATES AVE, THE ADJACENT

36 PROPERTY, TO THE PLAINTIFF'S PROPERTY HAD A FAMILY

37 MEMBER THAT WAS A NEW YORK CITY POLICE OFFICER

38 (EARNESTO), MARRIED TO DAUGHTER VICKY CUKE.

39

40 AFTER PLAINTIFF'S WIFE CAME INSIDE OUR RESIDENCE

41 AND ASKED FOR PLAINTIFF'S CELL PHONE TO CALL

42 THE POLICE ON 10-17-2010, PLAINTIFF WAS

43 POSITIONED APPROXIMATELY TEN FEET AWAY FROM

44 THE ENTRANCE DOOR TO THE PROPERTY, AND SHORTLY

45 THEREAFTER PLAINTIFF BECAME AWARE THAT THE

46 POLICE HAD ARRIVED. AFTER HEARING THE POLICE

47 TAUNTING AND LAUGHING AT HIS WIFE POSSIBLY

48 BECAUSE THEY SAW HER ALONE. PLAINTIFF QUIETLY

49 OPENED HIS DOOR, AND STEPPED OUTSIDE, UNNOTICED

50 THEY (THE POLICE) WAS STILL TAUNTING, MOCKING,

51 AND LAUGHING AT HER MAKING A CIRCUS OF THE

52 SITUATION. PRIOR TO PLAINTIFF STEPPING OUTSIDE HIS

53 DOOR HE HAD HEARD HIS WIFE TELLING THE POLICE

54 ABOUT A MEMBER OF THE ~~POLICE~~ 2PP NEIGHBOR'S

55 FAMILY THREATENING TO ~~KILL~~ 3PP STAB HER

56

INDEX # 12CV-279(ARR)(LB)

57.
58.
59. OUTSIDE THERE WAS NUMEROUS YOUNG AND
60. UP COMING THUGGERY AS WELL AS SOME MEMBERS
61. OF THE YOUNG WOMAN'S FAMILY WHOM THE COMPLAINT
62. WAS LODGED AGAINST.
63. AFTER PLAINTIFF OBSERVED THE CONDUCT OF THE
64. RESPONDING OFFICERS, AS WELL AS SGT. CASTELLANA,
65. HE UNLOCKED HIS GATE TO THE PROPERTY, AND ASKED
66. FOR THE NAME OF THE OFFICER IN CHARGE, AND
67. SGT. CASTELLANA, GAVE HIS NAME. PLAINTIFF ASSERTS
68. THAT THE BEHAVIOR OF THE RESPONDING OFFICERS, AND
69. SGT. CASTELLANA'S IRRESPONSIBLE PARTICIPATION SET
70. THE TONE AND WAS THE CAUSATION AND ENSUING
71. ASSAULT, AND FALSE ARREST OF TWO INNOCENT
72. PARTIES. SGT. CASTELLANA'S FAILURE TO SUPERVISE
73. THOSE UNDER HIS CHARGE, AND ACT RESPONSIBLY
74. MAKES HIM LIABLE.
75.
76. RESPONDING TO DEFENDANT'S/COUNSEL Ms
77. LISA M. RICHARDSON'S ASSUMPTION THAT THERE
78. WAS NO INTERATION BETWEEN PLAINTIFF AND AS
79. YET UNIDENTIFIED MALE WHITE "JOHN DOE" POLICE
80. OFFICER, SHE IS MISTAKEN. THIS MALE WHITE
81. POLICE OFFICER WAS THE FIFTH POLICE OFFICER THAT
82. PLAINTIFF HAD INTERATION WITH AFTER P.O. DENNIS
83. WESTBROOK, IN FRONT OF 576 GATES AVE, BROOKLYN
84.

85.
86.
87. NEW YORK 11221, AFTER PLAINTIFF HAD GOTTEN
88. THE NAME OF SGT. ANTHONY CASTELLANA IN FRONT
89. OF HIS RESIDENCE AT 556 GATES AVE, HIS EX-WIFE
90. ASKED HIM TO LET HER HANDLE THE SITUATION, SO
91. PLAINTIFF WENT BACK INTO HIS RESIDENCE. AFTER
92. PLAINTIFF WAS BACK INSIDE HIS RESIDENCE, WHILE
93. PREPARING TO EAT, HE HEARD A LOT OF COMMOTION
94. AND NOISE GOING ON OUT FRONT, AND DECIDED TO
95. TAKE A LOOK OUTSIDE, AND NOTICED AN ARMY OF
96. POLICE VEHICLES IN FRONT OF 576 GATES AVE, SO
97. REALIZING THAT THE SITUATION HAD WORSENED, PLAINTIFF
98. DECIDED TO GO AND INVESTIGATE. UPON ARRIVING IN FRONT
99. OF 576 GATES AVE, PLAINTIFF OBSERVED THAT HIS WIFE
100. WAS HANDCUFFED AND UNDER ARREST. PLAINTIFF
101. INQUIRED AS TO WHO WAS THE ARRESTING OFFICER
102. WAS, AND ALMOST IMMEDIATELY P.O. DENNIS
103. WESTBROOK BEGAN PUSHING AND SHOVING
104. PLAINTIFF, AND PLAINTIFF RESPONDING BY BACKING
105. UP, AND TELLING P.O. WESTBROOK, THERE WAS
106. NO REASON TO BE PUTTING HIS HANDS ON HIM,
107. BUT P.O. WESTBROOK CONTINUED BEING PHYSICAL,
108. AND AT SOME POINT, THE AS YET UNIDENTIFIED
109. MALE WHITE "JOHN DOE" OFFICER BEGAN TALKING
110. AT PLAINTIFF ASKING HIM WHY HE WAS SO UPSET,
111. WHY WAS HE SO ANGRY, ETC. PLAINTIFF ASKED
112.

INDEX #12CV-279(ARR)(LB)

5 of 6

113. INDEX # 12 CV-279 (ARR)(LB)
114.
115. The Male White "John Doe" officer why was
116. P.O. Westbrook putting his hands on him.
117. Plaintiff decided to get P.O. Westbrook's
118. name, and badge number. While Plaintiff
119. was writing P.O. Westbrook's information
120. P.O. Patterson asked him for his identification.
121. Plaintiff advised P.O. Patterson that once he
122. finish writing P.O. Westbrook's information,
123. he would provide her with I.D. Upon completion
124. of writing P.O. Westbrook's information, Plaintiff
125. turned to hand P.O. Patterson his identification
126. and was assaulted from behind by this male
127. white officer.
128. P.O. "John Doe" is approximately 6'3" to 6'4"
129. of height, approximately 215 lbs to 225 lbs,
130. P.O. "John Doe" is approximately 24 yrs to 26 yrs
131. of age. Plaintiff is not certain of "John Doe's"
132. hair color or eye color. However he did
133. wear glasses. Plaintiff advised Internal
134. Affairs of the surveillance at 576 Gate Ave,
135. known as Sunshine Daycare, which I.A.B.
136. collected.
137.
138.
139.
140.

141                                           INDEX # 12 CV-279-(ARR)(LB)
142
143  PLAINTIFF ALSO ADVISED DEFENDANT/COUNSEL
144  MR. RICHARD WEINGARTEN OF THE SURVEILLANCE
145  VIDEO, AND THAT THE INTERNAL AFFAIRS BUREAU
146  HAD COLLECTED THE VIDEO IN AN EFFORT TO
147  IDENTIFY THE AS YET UNIDENTIFIED MALE
148  WHITE "JOHN DOE" POLICE OFFICER
149
150           KINDLY ACCEPT THIS AS AN
151           ADDENDUM REFLECTING ALL PARTIES
152           TO BE INCLUDED IN THE INITIAL
153           COMPLAINT
154
155                THANK YOU    Johnnie L. Return
156  BY HAND:
157  CC: ASSISTANT CORPORATION COUNSEL
158      MR. RICHARD WEINGARTEN
159      NEW YORK CITY LAW DEPARTMENT
160         100 CHURCH STREET
161      NEW YORK, N.Y. 10007
162
163
164
165
166
167
168

2012 MAY 26 PM 9: 05

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

JOHNNIE L. PETWAY   PRO SE
556 GATES AVE
BROOKLYN, NY 11221

ATTENTION: HONORABLE
JUDGE LOIS BLOOM