```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

| | |
|---|---|
| JOHNNIE L. PETWAY, | JUDGMENT |
| | 12-CV- 0279 (ARR) |
| Plaintiff, | |
| -against- | |
| CITY OF NEW YORK, POLICE OFFICER MICHAEL WILLIAMS, POLICE OFFICER TAMIKO PATTERSON, POLICE OFFICER DENNIS WESTBROOK, POLICE OFFICER JOHN DOE, and SGT. ANTHONY CASTELLANA, | |
| Defendants. | |

```
------------------------------------------------------------X
```

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 4, 2014, granting Defendants' motion for summary judgment; dismissing Plaintiff's § 1983 claims against all Defendants with prejudice; and dismissing any state law claims without prejudice; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; that Plaintiff's § 1983 claims against all Defendants are dismissed with prejudice; and that any state law claims are dismissed without prejudice.

| | |
|---|---|
| Dated: Brooklyn, New York | Douglas C. Palmer |
| March 05, 2014 | Clerk of Court |
| | by: /s/ Janet Hamilton |
| | Deputy Clerk |